IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, STEVEN ROSS FONG,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN ROSS FONG, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | ) Case No.: CV  14-06351-JC <br> ) <br> ) ORDER <br> ) AWARDING EAJA FEES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS ($5,600.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  June 17, 2016

         _____/s/_____
         HONORABLE JACQUELINE CHOOLJIAN
         UNITED STATES MAGISTRATE JUDGE